Patrick F. CROLL, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 669, 2015

Supreme Court of Delaware.

Submitted: December 28, 2015

Decided: March 2, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 0801001836 and 0803007023

AFFIRMED.

RIDGEWOOD MANOR II INC., et al.,
Plaintiffs Below, Appellants,

v.

DELAWARE MANUFACTURED HOME RELOCATION AUTHORITY, et al., Defendants Below, Appellees.

No. 495, 2015

Supreme Court of Delaware.

Submitted: March 2, 2016

Decided: March 4, 2016

Court Below—Court of Chancery of the State of Delaware, C.A. No. 8528

AFFIRMED.

DAVIS BROADCASTING OF ATLAN-
TA, L.L.C., Defendant, Counter–
Plaintiff Below–Appellant,

v.

CHARLOTTE BROADCASTING,
LLC, et al., Plaintiffs, Counter–
Defendants Below–Appellees.

No. 450, 2015

Supreme Court of Delaware.

Submitted: March 2, 2016

Decided: March 4, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N13C–04–143 (CCLD)

AFFIRMED.

Eric D. RUSSELL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 615, 2015

Supreme Court of Delaware.

Submitted: January 12, 2016

Decided: March 4, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0801028059

AFFIRMED.